# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** §<br>*Plaintiff* §<br>§<br>**v.** §<br>§<br>**GREGORY JAMES,** §<br>*Defendant* § | **Case No. 1:20-CR-00081-LY** |

## Order Granting Motion for Modification of Conditions of Release

Before the Court is Defendant Gregory James's Motion for Modification of Conditions of Release, filed on December 10, 2020 (Dkt. 42). The District Court referred the Motion to the undersigned Magistrate Judge for resolution on December 14, 2020 (Dkt. 44). A telephone hearing on the Motion was held by the undersigned Magistrate Judge on December 15, 2020. Defendant, his counsel, counsel for the government, and Defendant's Supervising Pretrial Services Officer all were present during the hearing.

Defendant has been on release on conditions since September 14, 2020. *See* Dkt. 37. Docket call in his case is set for January 22, 2021, and trial for February 8, 2021. Dkt. 43. Defendant now seeks to be removed from the Home Incarceration Program and instead placed on the Home Detention Program so that he may work. Dkt. 42 at 1.

Defendant's motion is **GRANTED**. **IT IS HEREBY ORDERED** that Paragraph 7(p) of the Order Setting Conditions of Release (Dkt. 37) is **AMENDED** so that Defendant is removed from Home Incarceration and instead is subject to Home Detention. Defendant is restricted to his residence at all times except for employment, including interviewing for jobs and working; education; religious services; medical, substance abuse, or mental health treatment, for Defendant or his wife; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer.

**IT IS FURTHER ORDERED** that Paragraph 7(q) of Defendant's Additional Conditions of Release (Dkt. 37) shall be **AMENDED** to remove Defendant's location monitoring condition on January 15, 2021, if Defendant's Supervising Pretrial Services Officer determines that Defendant has remained in compliance with all of his conditions of release as of that date.

**SIGNED** on December 15, 2020.

                                                                                              _____
                                                                                              SUSAN HIGHTOWER
                                                                                              UNITED STATES MAGISTRATE JUDGE