# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** §<br>*Plaintiff* §<br> §<br>**v.** §      **Case No. 1:20-CR-00081-LY**<br> §<br>**GREGORY JAMES,** §<br>*Defendant* § | |

## Second Order Granting Motion for Modification of Conditions of Release

Before the Court is Defendant Gregory James's Motion for Modification of Conditions of Release, filed on December 10, 2020 (Dkt. 42). The District Court referred the Motion to the undersigned Magistrate Judge for resolution on December 14, 2020 (Dkt. 44).

Pursuant to the Court's Order issued December 15, 2020 (Dkt. 47), Defendant's Supervising Pretrial Services Officer has determined that Defendant remains in compliance with all of his conditions of release. **IT IS THEREFORE ORDERED** that Paragraph 7(q) of Defendant's Additional Conditions of Release (Dkt. 37) is **AMENDED** to remove Defendant's location monitoring condition. All other conditions of release remain as previously ordered.

**SIGNED** on January 20, 2021.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE